USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DANIEL CAPALDO

CRIMINAL NUMBER: 11 CR 30 (KAM)

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, Daniel Capaldo, defendant, have been informed that an (*indictment*, ~~*information, complaint*~~) is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Southern District of New York in which I, Daniel Capaldo, (~~am under arrest,~~ am held) and to waive trial in the above captioned District.

Dated: September 19, 2011 at 10:30 Am

_____ Daniel Capaldo
*(Defendant)*

_____ Richard M. Tucker
*(Witness)*

_____ Vincent J. Romano
*(Counsel for Defendants)*

_____ Allon Lifshitz
*(Assistant United States Attorney)*

Approved

_____ Loretta E. Lynch
United States Attorney for the
Eastern District of
New York

_____ Preet Bharara
United States Attorney for the
Southern District of
New York

| U.S. Department of Justice | Rule 20 -- Transfer Notice |
|---|---|

| To: John T. Zach<br>Assistant United States Attorney | District<br>Southern District of New York | Date |
|---|---|---|
| Name of Subject:<br><br>Daniel Capaldo | Statute Violated<br>18 U.S.C. § 893 | File Data *(Initials and Number)*<br>09 CR 1149 (PGG) (SDNY)<br>11 CR 30 (KAM) (EDNY) |

### Part A -- District of Arrest

☐ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your court. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is a certified copy of waiver of indictment by defendant. Kindly file criminal information and forward two certified copies thereof.

☐ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceeding or certified copies thereof to the Clerk of the Court in this district in accordance with the Rule Docket No.

☒ Other *(Specify)*: Defendant pled guilty in U.S. v. Capaldo, 09 CR 1149 (PGG) (S.D.N.Y.) and is awaiting sentencing. He intends to plead guilty in U.S. v. Russo, 11 CR 30 (KAM) (E.D.N.Y.), and seeks to have the charges in Russo transferred to the Southern District of New York for sentencing.

☐ The above-named defendant entered a plea of guilty under Rule 20.
**Date of Plea        Date of Sentence        Sentence**

| From *(Signature and Title)*<br>Allon Lifshitz<br>Assistant United States Attorney | Address U.S. Attorney's Office<br>Eastern District of New York<br>271 Cadman Plaza East<br>Brooklyn, NY 11201 |
|---|---|

### Part B -- District of Offense

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at _____ on _____ at _____ o'clock

*(Kindly notify me of any anticipated delay)*
☐ Enclosed are two certified copies of indictment or information        Docket No. _____

☐ Please have defendant execute waiver of indictment.

☐ Other *(Specify)*:

| Signature *(Name and Title)*<br>John T. Zach<br>Assistant United States Attorney | District<br>Southern District of New York | Date<br>7/28/11 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explanation of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.
Replaces OBD-101, Fed. 83 edition may be used

FORM USA-231
NOV. 85